PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TEXAS

**FILED**
JUN 2 3 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### Petition for Warrant or Summons for Offender Under Supervision

M-21-892-P

Name of Offender: Cindy Trevino Salazar                                     Case Number: DR-13-CR-00436(01)

Name of Sentencing Judicial Officer: Honorable Danny C. Reeves, United States District Judge

Date of Original Sentence: August 19, 2014

Original Offense: Smuggling Goods from the United States, in violation of 18 U.S.C. § 554(a)

Original Sentence: 51 months imprisonment followed by a 3-year term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: June 29, 2018

Assistant U.S. Attorney: Meghan Maureen McCalla     Defense Attorney: Elizabeth Ann O'Connell (AFPD)

---

## PREVIOUS COURT ACTION

On February 8, 2019, a Report on Offender Under Supervision (PROB 12A) was filed, due to the offender submitting a urine specimen which subsequently tested positive for opiates. The Court concurred with the probation officer's recommendation for no action.

On February 8, 2019, this case was transferred from the docket of Honorable Danny C. Reeves, United States District Judge, to the docket of the Honorable Alia Moses, United States District Judge.

## PETITIONING THE COURT

☒ The issuance of a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |
| 2. | **Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.** |

A true copy of the original, I certify.
Clerk, U.S. District Court
By_____
Deputy Clerk

Cindy Trevino Salazar
DR-13-CR-00436(01)
Petition for Warrant or Summons
Page 2

3. **Standard Condition No. 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

   On January 22, 2019, the offender submitted a urine specimen which subsequently tested positive for opiates. On January 30, 2019, the probation officer questioned offender about her positive drug screen. The offender stated she was feeling pain because of a recent tooth extraction and took her aunt's prescription Tylenol 3, a Schedule III controlled substance. The offender signed an admission form for her drug use.

4. **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

5. **Standard Condition No. 9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

   On or about March 11, 2021, in the Western District of Texas, the offender did then and there commit the offense of False Statement or Representation Made to an Agency or Department of the United States, in violation of Title 18 U.S.C. § 1001(a)(2), a Class E Felony. The offender is currently pending filing of charges in the matter under Docket No. DR-21-CR-00587.

   According to the sealed Indictment, the offender did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations to the United States Deputy Marshals. The offender stated she did not have any contact with a certain fugitive for the last three months, knowing such statements and representations to be false in order to prevent United States Deputy Marshals from apprehending the fugitive.

**U.S. Probation Officer Recommendation:** On June 29, 2018, Ms. Salazar began her term of supervised release, which is scheduled to expire on June 28, 2021. Ms. Salazar is a Criminal History Category I offender, with no other criminal convictions aside from the instant offense and the pending charges against her. In consideration of the above violations, it is respectfully recommended that a warrant be issued for Ms. Salazar and her term of supervised release be revoked. This issue is deferred to the Court for ruling.

The term of supervision should be

☒ revoked. (Maximum penalty: _2_ years imprisonment; _3 years_ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Allison Grant
U.S. Probation Officer
Date: June 3, 2021
Telephone #: 830-308-6455

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney

cc:   Javier Ceniceros
      Assistant Deputy Chief U.S. Probation Officer

---

## THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a WARRANT. Bond is set in the amount of $ _____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Alia Moses
United States District Judge

6-23-21
_____
Date

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

PID# 9160380

# UNITED STATES DISTRICT COURT

Western District of Texas

UNITED STATES OF AMERICA

V.

CINDY TREVINO SALAZAR

**WARRANT FOR ARREST**

Case Number: 2:13-CR-0436 (01) AM

M-21-392-P

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CINDY TREVINO SALAZAR
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

U.S. MARSHALS SERVICE RECEIVED
JUN 24 2021
DEL RIO, TX

A true copy of the original. I certify.
Clerk, U.S. District Court
By: _____ Deputy Clerk

in violation of Title(s)   United States Code, Section(s)   SEE ATTACHED PETITION

| | |
|---|---|
| A. Martinez | |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. DEPUTY CLERK | 6/23/2021             Del Rio, TX |
| Title of Issuing Officer | Date and Location |

DATE ISSUED: 6/23/2021

Bail fixed at $ DETAIN   by   U.S. District Judge Alia Moses
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |